THE STATE EX REL. BEASON, APPELLANT *v.* OHIO DEPARTMENT OF REHABILITATION AND CORRECTION ET AL., APPELLEES.

[Cite as *State ex rel. Beason v. Ohio Dept. of Rehab. & Corr.* (1993), 68 Ohio St.3d 116.]

(No. 93–1924—Submitted November 16, 1993—Decided December 29, 1993.)

*John K. Beason, pro se.*

*Lee Fisher,* Attorney General, and *Donald A. Cataldi,* Assistant Attorney General, for appellees.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.